### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

Case No.: 15-cv-22942-Williams/Simonton

**MUSTAFA LOBUT**,
an other similarly situated individuals,
      Plaintiff(s),

v.

**THE NATALIA COMPANY, INC.**,
a Florida Profit Corporation,
**NATALIA MOROZOVA**, individually,
and **VLADISLAVAS BORISEVIC**, individually,
      Defendant(s).
_____/

### DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES
### TO PLAINTIFF'S COMPLAINT

DEFENDANTS, THE NATALIA COMPANY, INC., NATALIA MOROZOVA and VLADISLAVAS BORISEVIC (collectively "Defendants"), answer Plaintiff's Complaint as follows:

1.    DEFENDANTS deny the allegations contained in paragraph 1 of Plaintiff's Complaint and demand strict proof thereof.

2.    DEFENDANTS are without knowledge of the allegations contained in paragraph 2 of Plaintiff's Complaint.

3.    DEFENDANTS admit that Plaintiff is a resident of Miami-Dade County Florida, and deny that Plaintiff is covered employee for purposes of the FLSA in paragraph 3 of Plaintiff's Complaint.

4.    DEFENDANTS deny the allegations contained in paragraph 4 of Plaintiff's Complaint.

5.    DEFENDANTS admit the allegations contained in paragraph 5 of Plaintiff's Complaint.

6.     DEFENDANTS admit the allegations contained in paragraph 6 of Plaintiff's Complaint.

7.     DEFENDANTS deny the allegations contained in paragraph 7 of Plaintiff's Complaint.

8.     DEFENDANTS deny the allegations contained in paragraph 8 of Plaintiff's Complaint.

9.     DEFENDANTS are without knowledge of the allegations contained in paragraph 9 of Plaintiff's Complaint.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

10.    DEFENDANTS deny the allegations contained in paragraph 10 of Plaintiff's Complaint.

11.    DEFENDANTS deny the allegations contained in paragraph 11 of Plaintiff's Complaint.

12.    DEFENDANTS deny the allegations contained in paragraph 12 of Plaintiff's Complaint.

13.    DEFENDANTS deny the allegations contained in paragraph 13 of Plaintiff's Complaint.

14.    DEFENDANTS deny the allegations contained in paragraph 14 of Plaintiff's Complaint.

15.    DEFENDANTS deny the allegations contained in paragraph 15 of Plaintiff's Complaint.

16.    DEFENDANTS deny the allegations contained in paragraph 16 of Plaintiff's Complaint.

17.    DEFENDANTS deny the allegations contained in paragraph 17 of Plaintiff's Complaint.

18.    DEFENDANTS deny the allegations contained in paragraph 18 of Plaintiff's Complaint.

## COUNT I
### *Wage & Hour Federal Statutory violation against*
### *THE NATALIA COMPANY, INC.*

19.    DEFENDANTS reassert their answers to paragraphs 1 through 17 of Plaintiff's Complaint and demand strict proof thereof.

20.    DEFENDANTS deny the allegations contained in paragraph 20 of Plaintiff's Complaint.

21.    DEFENDANTS deny the allegations contained in paragraph 21 of Plaintiff's Complaint.

22.    DEFENDANTS are without knowledge of the allegations contained in paragraph 22 of Plaintiff's Complaint and demand strict proof thereof.

23.  DEFENDANTS deny the allegations contained in paragraph 23 of Plaintiff's Complaint.

24.  DEFENDANTS state that the allegations contained in paragraph 24 of Plaintiff's Complaint are legal conclusions to which a response is not required.  To the extent a response is required, they are denied.

25.  DEFENDANTS are without knowledge of the allegations contained in paragraph 25 of Plaintiff's Complaint and demand strict proof thereof.

26.  DEFENDANTS state that the allegations contained in paragraph 26 of Plaintiff's Complaint are legal conclusions to which a response is not required.  To the extent a response is required, they are denied.

27.  DEFENDANTS are without knowledge of the allegations contained in paragraph 27 of Plaintiff's Complaint.

**COUNT II**
*Wage & Hour Federal Statutory violation against*
*NATALIA MOROZOVA.*

28(i). DEFENDANTS reassert their answers to paragraphs one through seventeen of Plaintiff's Complaint and demand strict proof thereof.

28(ii). DEFENDANTS admit the allegations contained in the second paragraph 28 of Plaintiff's Complaint.

29(i). DEFENDANTS state that the allegations contained in the first paragraph 29 of Plaintiff's Complaint are legal conclusions to which a response is not required.  To the extent a response is required, they are denied.

30(i). DEFENDANTS deny the allegations contained in the first paragraph 30 of Plaintiff's Complaint.

3

31(i). DEFENDANTS state that the allegations contained in the first paragraph 31 of Plaintiff's Complaint are legal conclusions to which a response is not required. To the extent a response is required, they are denied.

## COUNT III
### *Wage & Hour Federal Statutory violation against*
### *VLADISLAVAS BORISEVIC*

28(iii). DEFENDANTS reassert their answers to paragraphs one through seventeen of Plaintiff's Complaint and demand strict proof thereof.

29(ii). DEFENDANTS admit the allegations contained in the second paragraph 29 of Plaintiff's Complaint.

30(ii). DEFENDANTS state that the allegations contained in the second paragraph 30 of Plaintiff's Complaint are legal conclusions to which a response is not required. To the extent a response is required, they are denied.

31(ii). DEFENDANTS deny the allegations contained in the second paragraph 31 of Plaintiff's Complaint.

32(ii). DEFENDANTS state the allegations contained in the second paragraph 32 of Plaintiff's Complaint are legal conclusions to which a response is not required. To the extent a response is required, they are denied.

## COUNT IV
### *Breach of Agreement against*
### *THE NATALIA COMPANY, INC.*

33. DEFENDANTS reassert their answers to paragraphs one through seventeen of Plaintiff's Complaint and demand strict proof thereof.

4

34. DEFENDANTS state that the allegations contained in paragraph 34 of Plaintiff's Complaint are legal conclusions to which a response is not required. To the extent a response is required, they are denied.

35. DEFENDANTS state that the allegations contained in paragraph 35 of Plaintiff's Complaint are legal conclusions to which a response is not required. To the extent a response is required, they are denied.

## COUNT V
### Quantum Meruit against the Natalia Company, Inc.

36. DEFENDANTS reassert their answers to paragraphs one through seventeen of Plaintiff's Complaint and demand strict proof thereof.

37. DEFENDANTS state that the allegations contained in paragraph 37 of Plaintiff's Complaint are legal conclusions to which a response is not required. To the extent a response is required, they are denied.

38. DEFENDANTS state that the allegations contained in paragraph 38 of Plaintiff's Complaint are legal conclusions to which a response is not required. To the extent a response is required, they are denied.

39. DEFENDANTS state that the allegations contained in paragraph 39 of Plaintiff's Complaint are legal conclusions to which a response is not required. To the extent a response is required, they are denied.

40. DEFENDANTS state that the allegations contained in paragraph 40 of Plaintiff's Complaint are legal conclusions to which a response is not required. To the extent a response is required, they are denied.

41.    DEFENDANTS state that the allegations contained in paragraph 41 of Plaintiff's Complaint are legal conclusions to which a response is not required.  To the extent a response is required, they are denied.

**COUNT VI**
*Unjust Enrichment against*
*THE NATALIA COMPANY, INC.*

42.    DEFENDANTS reassert their answers to paragraphs one through seventeen of Plaintiff's Complaint and demand strict proof thereof.

43.    DEFENDANTS state that the allegations contained in paragraph 43 of Plaintiff's Complaint are legal conclusions to which a response is not required.  To the extent a response is required, they are denied.

44.    DEFENDANTS state that the allegations contained in paragraph 44 of Plaintiff's Complaint are legal conclusions to which a response is not required.  To the extent a response is required, they are denied.

45.    DEFENDANTS state that the allegations contained in paragraph 45 of Plaintiff's Complaint are legal conclusions to which a response is not required.  To the extent a response is required, they are denied.

46.    DEFENDANTS state that the allegations contained in paragraph 46 of Plaintiff's Complaint are legal conclusions to which a response is not required.  To the extent a response is required, they are denied.

47.    DEFENDANTS deny the allegations contained in paragraph 47 of Plaintiff's Complaint.

## *DEFENDANTS' AFFIRMATIVE DEFENSES AND DEFENSES*

Subject to and without waiving the above denials, Defendants allege the following further and separate affirmative defenses and defenses:

1.     The Plaintiff is barred from seeking any relief sought in the Complaint because Plaintiff has failed to state a cause of action for each of Plaintiff's claims.

2.     The Plaintiff is barred from seeking any relief sought in the Complaint because Plaintiff has failed to plead sufficient facts upon which relief can be granted.

3.     The Plaintiff's claim is barred because no contract existed between Plaintiff and Defendants and no breach has occurred.

4.     The Plaintiff is barred from any relief sought in the Complaint, as Plaintiff has suffered no damages for which Defendants are responsible.

5.     The Plaintiff is barred from seeking any relief sought in the Complaint where the damages that Plaintiff allegedly suffered were caused by Plaintiff's own actions or omissions, including but not limited to a breach of contract, which conduct forecloses in whole or in part Plaintiff's right to recovery.

6.     The Plaintiff is not entitled to any relief sought in the Complaint under the doctrine of waiver, laches, and estoppel.

7.     Plaintiff is not entitled to attorney's fees or costs.

8.     To the extent any contract existed, Plaintiff's claim of breach of contract is barred by Plaintiff's failure to satisfy conditions precedent.

9.     Plaintiff's claim is barred by failure of consideration and lack of mutuality of obligation.

10.    To the extent any contract existed, Plaintiff's breach of contract excused Defendants from performance of the contract and/or justified Defendants' actions.

7

11.    Plaintiff's claim is barred because Plaintiff cannot show an offer, acceptance of an offer, a meeting of the parties' minds, breach of any agreement or damage caused by any such breach.

12.    Defendants reserve the right to plead other affirmative defenses which may become know during its continuing investigation and during discovery in this case.

WHEREFORE, Defendants demand judgment in their favor and against Plaintiff, and for any and all further relief that this Honorable Court deems just and proper.

Respectfully submitted,

*Nadine Gedeon*

Nadine Gedeon, Esq.
Florida Bar No: 112504
Attorney for Defendants
Nadine Gedeon, P.A.
4000 Hollywood Boulevard,
Suite 555-S
Hollywood FL 33021
Telephone: 754-300-8980
Fascimile: (954) 252-7535
nadine@gedeonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was provided to Plaintiff's attorney: Anthony M. Georges-Pierre, Esq., REMER & GEORGES-PIERRE, PLLC., 44 West Flagler Street, Suite 2200, Miami, FL 33130, on this 31 day of August, 2015.

By: *Nadine Gedeon*

Nadine Gedeon, Esq.